No. A–831. OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, LOCAL 1–547 *v.* GOUBEAUX, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. D. C. C. D. Cal. Application for stay pending appeal to the United States Court of Appeals for the Ninth Circuit, presented to MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, and by them referred to the Court, denied.

No. A–849. UNITED STATES TAXPAYER'S UNION ET AL. *v.* UNITED STATES ET AL. Application for stay of order of the United States District Court for the District of Colorado pending appeal to the United States Court of Appeals for the Tenth Circuit, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. MR. JUSTICE BRENNAN would grant the application.

No. A–855. RECORD DATA, INC., ET AL. *v.* NICHOLS ET AL. Application for stay of mandate of the Supreme Court of Alabama, addressed to MR. JUSTICE WHITE and referred to the Court, denied.

No. A–866. GREEN *v.* UNITED STATES ET AL. Application for a writ of habeas corpus and/or release on personal recognizance, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. 86, Orig. LOUISIANA *v.* MISSISSIPPI ET. AL. Motion for leave to file a bill of complaint granted. The defendants are allowed 60 days in which to answer. Application for stay of proceedings in the United States District Court for the Southern District of Mississippi denied.

No. 79–343. SUN SHIP, INC. *v.* PENNSYLVANIA ET AL. Pa. Commw. Ct. [Probable jurisdiction noted, 444 U. S. 1011.] Motion of Local No. 6, Industrial Union of Marine & Shipbuilding Workers of America, AFL–CIO, for leave to file a brief as *amicus curiae* granted.